Wilbn (ss)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC FLOYD, Petitioner | : | CIVIL ACTION |
| v. | : | |
| JAMES L. GRACE, *et al.*, Respondent | : | NO. 06-2324 |

## ORDER

AND NOW, this 6 day of April, 2010, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, the other documents filed by the parties, and after review of the Report and Recommendation and Supplemental Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation and Supplemental Report and Recommendation are APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

BERLE M. SCHILLER, J.